## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Quinn

                Plaintiff,

v.                                               Case No.: 1:23−cv−00447
                                                     Honorable Gabriel A. Fuentes

JK Buick GMC, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's unopposed Motion for Final Approval of Class Action Settlement and an Award of Attorneys' Fees, Litigation Expenses and a Representative Service Award (doc. #[51]) is provisionally granted, with the relief to be effective upon the Court's entry of an order after the CAFA notice period has passed and if no objections from attorneys general are received. The due date for such objections remains 10/24/24, a status report remains due on 10/30/24, and the 11/1/24 status hearing stands. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.